*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____        Assigned/Issued By: _____

Judge Name: _____        Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                              ☐ Alias Summons

☐ Third Party Summons                          ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____                ☐ Other
(Type of Writ)                                              _____
                                                                     _____
                                                                     (Type of issuance)

_____ Original and _____ copies on _____ as to _____
(Date)

_____

_____