**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CANON, INC. and CANON USA, INC.<br><br>　　　　　　　Defendants. | Civil Action No. 08cv3609<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**LOCAL RULE 3.4**
**NOTICE OF CLAIMS INVOLVING PATENTS**

　　　Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Patents.

*Pursuant to Rule 35 U.S.C. 209*:

I.　　　Parties:

　　　Plaintiff, Papst Licensing is headquartered at Bahnfostrasse 33, 78112 St. Georgen, Germany.

　　　Defendant, Canon, Inc. is located at 30-2, Shimomaruko 3-chome, Ohta-ku Tokyo 146-8501 Japan.

　　　Defendant Canon USA is located at One Canono Plaza, Lake Success, NY 11042.

II.   <u>Patents</u>:

United States patent No. 6,470,399 B1 duly and legally issued on October 22, 2002.

United States Patent No. 6,895,449 B2 duly and legally issued on May 17, 2005.

<u>/s/ Jerold B. Schnayer</u>
Jerold B. Schnayer (2495538)
James P. White (3001032)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
 (312) 655-1500

*Counsel for PAPST LICENSING GmbH & Co. KG*

June 27, 2008