UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>    Plaintiff,<br><br>    v.<br><br>CANON, INC. and CANON USA, INC.<br><br>    Defendants. | Civil Action No. 08cv3609<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**PAPST LICENSING GMBH & CO. KG RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Papst Licensing does not have a parent corporation.

There are no publicly held corporations that own 10% or more of Papst Licensing.

*Pursuant to Local Rule 3.2 of the United States District Court For The Northern District of Illinois:*

Papst Licensing has no affiliates as that term is defined in Local Rule 3.2.


June 27, 2008                              Respectfully submitted,


                                           /s/ Jerold B. Schnayer
                                           Jerold B. Schnayer (2495538)
                                           James P. White (3001032)
                                           WELSH & KATZ, LTD.
                                           120 South Riverside Plaza, 22nd Floor
                                           Chicago, Illinois  60606
                                            (312) 655-1500

                                           Counsel for PAPST LICENSING GmbH &
                                           Co. KG