**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br>Plaintiff<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br>Defendants | **Civil Action No. 08CV3609**<br><br>**Judge Matthew F. Kennelly**<br>**Magistrate Judge Sidney I. Schenkier** |

**AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME
TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31**

Defendant Canon U.S.A., Inc. ("Canon U.S.A."), through its attorneys, respectfully moves this Court to extend the time through July 31, 2008, to answer, plead or otherwise respond to the Complaint for Patent Infringement ("Complaint") filed by Papst Licensing ("Papst"), and in support thereof, states as follows:

1. Papst has served the summons and Complaint in this matter upon Canon U.S.A.

2. On July 18, 2008, prior to the expiration of the deadline for Canon U.S.A. to file its first responsive pleading, counsel for Canon U.S.A. spoke with Jerold B. Schnayer, counsel for Papst, who agreed to extend the July 21, 2008 deadline by which Canon U.S.A. must file its first responsive pleadings. Counsel for Papst agreed to a ten day extension of time.

WHEREFORE, Canon U.S.A. requests that this Court enter an Order granting Canon U.S.A. an extension of time to answer, plead or otherwise respond to the Complaint through and including July 31, 2008.

Dated: July 21, 2008

        Respectfully submitted,

        /s/   Scott W. Burt
        Scott W. Burt
        Illinois State Bar No. 6278887
        swburt@jonesday.com
        JONES DAY
        77 West Wacker Drive
        Chicago, Illinois 60601-1692
        Telephone: 312-782-3939
        Facsimile: 312-782-8585

        **ATTORNEYS FOR DEFENDANT**
        **CANON U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2008, I served by electronic filing a copy of Canon U.S.A.'s AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31 on the following counsel for Papst:

James P. White
Jerold B. Schnayer
John L. Ambrogi
Husch Blackwell Sanders LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
email:
jbschnayer@huschblackwell.com
jambrogi@huschblackwell.com

s/ Scott W. Burt
One of the Attorneys for Defendant
Canon U.S.A., Inc.

CHI-1660361v1

3