IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br><br>          **Plaintiff**<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br><br>          **Defendants** | **Civil Action No. 08CV3609**<br><br>**Judge Matthew F. Kennelly**<br>**Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Canon U.S.A., Inc. will appear before the Honorable Matthew F. Kennelly or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31, a copy of which is hereby being served.

Dated: July 21, 2008

                                               Respectfully submitted,

                                               /s/   Scott W. Burt
                                               Scott W. Burt
                                               Illinois State Bar No. 6278887
                                               swburt@jonesday.com
                                               JONES DAY
                                               77 West Wacker Drive
                                               Chicago, Illinois 60601-1692
                                               Telephone:  312-782-3939
                                               Facsimile:  312-782-8585

                                               **ATTORNEYS FOR DEFENDANT**
                                               **CANON U.S.A., INC.**

3

# CERTIFICATE OF SERVICE

I certify that on July 21, 2008, I served by electronic filing a copy of Canon U.S.A's NOTICE OF MOTION for the AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31 on counsel of record for Papst:

> James P. White
> Jerold B. Schnayer
> John L. Ambrogi
> Husch Blackwell Sanders LLP
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606
> (312) 655-1500
> email:
> jbschnayer@huschblackwell.com
> jambrogi@huschblackwell.com

s/ Scott W. Burt
One of the Attorneys for Defendant
Canon U.S.A., Inc.

CHI-1660360v1

3