IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br>    Plaintiff<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br>    Defendants | Civil Action No. 08CV3609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Sidney I. Schenkier |

## CANON U.S.A., INC.'S CORPORATE DISCLOSURE

Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Canon U.S.A., Inc., states that it is a wholly-owned subsidiary of Canon Inc., which is publicly traded in Japan. Moreover, American Depository Receipts of Canon Inc. are traded on the New York Stock Exchange under the symbol CAJ.

Dated: July 21, 2008

                                                Respectfully submitted,

                                                /s/   Scott W. Burt
                                                Scott W. Burt
                                                Illinois State Bar No. 6278887
                                                swburt@jonesday.com
                                                JONES DAY
                                                77 West Wacker Drive
                                                Chicago, Illinois 60601-1692
                                                Telephone:  312-782-3939
                                                Facsimile:  312-782-8585

                                                **ATTORNEYS FOR DEFENDANT**
                                                **CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I certify that on July 21, 2008, I served by electronic filing a copy of CANON U.S.A., INC.'S CORPORATE DISCLOSURE on the following counsel for Papst:

James P. White
Jerold B. Schnayer
John L. Ambrogi
Husch Blackwell Sanders LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
email:
jbschnayer@huschblackwell.com
jambrogi@huschblackwell.com

                s/ Scott W. Burt
                One of the Attorneys for Defendant
                Canon U.S.A., Inc.

CHI-1660458v1