IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br>Plaintiff<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br>Defendants | **Civil Action No. 08CV3609**<br><br>**Judge Matthew F. Kennelly**<br>**Magistrate Judge Sidney I. Schenkier** |

### AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL AUGUST 7, 2008

Defendant Canon U.S.A., Inc. ("Canon U.S.A."), through its attorneys, respectfully moves this Court to extend the time through August 7, 2008 to answer, plead or otherwise respond to the Complaint for Patent Infringement ("Complaint") filed by Papst Licensing ("Papst"), and in support thereof, states as follows:

1. Papst has served the summons and Complaint in this matter upon Canon U.S.A.

2. On July 21, 2008 Canon U.S.A. filed an AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31, 2008. The Court granted this agreed motion on July 28.

3. On July 29, 2008, prior to the expiration of the time for Canon U.S.A. to file its first responsive pleading, counsel for Canon U.S.A. communicated with Michele S. Katz, counsel for Papst, who agreed to extend the July 31, 2008, deadline until August 7, 2008, which is date on which Canon, Inc. also is due to answer, plead or otherwise respond.

WHEREFORE, Canon U.S.A. requests that this Court enter an Order granting Canon U.S.A. an extension of time to answer, plead or otherwise respond to the Complaint through and including August 7, 2008.

Dated: July 31, 2008                                  Respectfully submitted,

/s/   Scott W. Burt
Scott W. Burt
Illinois State Bar No. 6278887
swburt@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

**ATTORNEYS FOR DEFENDANT CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I served by electronic filing a copy of Canon U.S.A.'s AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL AUGUST 7, 2008 on the following counsel for Papst:

> James P. White
> Jerold B. Schnayer
> John L. Ambrogi
> Husch Blackwell Sanders LLP
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606
> (312) 655-1500
> email:
> jbschnayer@huschblackwell.com
> jambrogi@huschblackwell.com

>> s/ Scott W. Burt
>> One of the Attorneys for Defendant
>> Canon U.S.A., Inc.

H:\My documents\Myfiles\Canon Papst\Canon Papst Motion extending answer to Aug 7.doc

3