IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & CO. KG<br>Plaintiff<br><br>v.<br><br>CANON, INC. and CANON U.S.A., INC.<br>Defendants | Civil Action No. 08CV3609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, August 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Canon U.S.A., Inc. will appear before the Honorable Matthew F. Kennelly or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL AUGUST 7, 2008, a copy of which is hereby being served.

Dated: July 31, 2008                              Respectfully submitted,

/s/   Scott W. Burt
Scott W. Burt
Illinois State Bar No. 6278887
swburt@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

**ATTORNEYS FOR DEFENDANT
CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I certify that on July 31, 2008, I served by electronic filing a copy of Canon U.S.A.'s NOTICE OF MOTION on the following counsel for Papst:

James P. White
Jerold B. Schnayer
John L. Ambrogi
Husch Blackwell Sanders LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
email:
jbschnayer@huschblackwell.com
jambrogi@huschblackwell.com

                                        s/ Scott W. Burt
                                        One of the Attorneys for Defendant
                                        Canon U.S.A., Inc.

H:\My documents\Myfiles\Canon Papst\Canon Papst Notice of Motion extending answer to Aug 7.doc