# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3609 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Papst Licensing GmbH & Co. KG vs. Canon, Inc. | | |

**DOCKET ENTRY TEXT**

Canon U.S.A.'s agreed motion for extension of time is granted.  Response to complaint is to be filed by 8/7/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|