IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br><br>       Plaintiff,<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br><br>       Defendants. | Civil Action No. 08CV3609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Sidney I. Schenkier |

## CANON, INC.'S CORPORATE DISCLOSURE

Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Canon, Inc. states that is has no publicly held affiliates, as the term "affiliates" is defined in Local Rule 3.2.

Dated: August 7, 2008

                Respectfully submitted,

                /s/   Scott W. Burt
                Scott W. Burt
                Illinois State Bar No. 6278887
                swburt@jonesday.com
                JONES DAY
                77 West Wacker Drive
                Chicago, Illinois 60601-1692
                Telephone:  312-782-3939
                Facsimile:  312-782-8585

                **ATTORNEYS FOR DEFENDANT**
                **CANON, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on August 7, 2008, I served by electronic filing a copy of CANON, INC.'S CORPORATE DISCLOSURE on the following counsel for Papst:

James P. White
Jerold B. Schnayer
John L. Ambrogi
Husch Blackwell Sanders LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
email:
jbschnayer@huschblackwell.com
jambrogi@huschblackwell.com

        s/ Scott W. Burt
        One of the Attorneys for Defendant
        Canon, Inc.

CHI-1660458v1