

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
  CLERK

August 11, 2008

Ms. Katherine S. Snuffer
United States District Court
1825 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001


RE:   Papst . KG v. Canon, Inc. et al
Case No:    08C3609

Dear Clerk:

Pursuant to the order of  entered by The MDL Panel  on 08/07/08, the above record

■     was electronically  transmitted to U.S. District Court for the District of Columbia.


                                        Sincerely yours,
                                        **Michael W. Dobbins, Clerk**

                                  By:   */s/Thelma Murry-Sykes*
                                        Deputy Clerk
                                        (312) 435-6077


Enclosures



New Case No. _____        Date _____



c:    Non-ECF Attorneys and Pro se Parties