# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08–cv–03609

Papst . KG v. Canon, Inc. et al
Assigned to: Honorable Matthew F. Kennelly
Cause: 35:145 Patent Infringement

Date Filed: 06/24/2008
Date Terminated: 08/11/2008
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Papst Licensing GmbH &Co. KG**  represented by  **James P. White**
Welsh &Katz, Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
312–655–1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jbschnayer@welshkatz.com
*ATTORNEY TO BE NOTICED*

**John L. Ambrogi**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Fax: (312) 655–1501
Email: jambrogi@welshkatz.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Canon, Inc.**  represented by  **Scott Wesley Burt**
Jones Day (CH)
77 West Wacker Drive
Chicago, IL 60601
(312) 269–4266
Email: swburt@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Canon USA, Inc.**                                  represented by   **Scott Wesley Burt**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Canon, Inc.**                                      represented by   **Scott Wesley Burt**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Canon USA, Inc.**                                  represented by   **Scott Wesley Burt**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Papst Licensing GmbH &Co. KG**                     represented by   **James P. White**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jerold B. Schnayer**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **John L. Ambrogi**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2008 | Ï 1 | COMPLAINT filed by Papst Licensing GmbH &Co. KG; Jury Demand. (tlm) (Entered: 06/25/2008) |
| 06/24/2008 | Ï 2 | CIVIL Cover Sheet. (tlm) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 4 | SUMMONS issued, 2 originals and 2 copies, as to Defendants Canon, Inc. and Canon USA, Inc. (tlm) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 5 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by James P. White. (tlm) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 6 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by John L. Ambrogi. (tlm) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 7 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Jerold B. Schnayer. (tlm) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 8 | Local Rule 3.4 Notice of Claims Involving Patents by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |

| 06/27/2008 | Ï 9 | Rule 7.1 Corporate Disclosure by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
|---|---|---|
| 07/15/2008 | Ï 10 | AFFIDAVIT of Service filed by Plaintiff Papst Licensing GmbH &Co. KG regarding Summons and Complaint served on Canon USA, Inc. on June 30, 2008 (Katz, Michele) (Entered: 07/15/2008) |
| 07/17/2008 | Ï 11 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set to 9:00 a.m. on Wednesday, 08/20/08 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant. Mailed notice (tlm) (Entered: 07/18/2008) |
| 07/21/2008 | Ï 12 | MOTION by Defendant Canon USA, Inc. for extension of time to file answer regarding complaint 1 *AGREED* (Burt, Scott) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 13 | NOTICE of Motion by Scott Wesley Burt for presentment of motion for extension of time to file answer, motion for relief 12 before Honorable Matthew F. Kennelly on 7/29/2008 at 09:30 AM. (Burt, Scott) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 14 | ATTORNEY Appearance for Defendants Canon, Inc., Canon USA, Inc. by Scott Wesley Burt (Burt, Scott) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Canon USA, Inc. (Burt, Scott) (Entered: 07/21/2008) |
| 07/28/2008 | Ï 17 | MINUTE entry before the Honorable Matthew F. Kennelly: Canon USA's agreed motion for extension of time to answer 12 is granted. Response to complaint is to be filed by 7/31/08. Mailed notice (tlm) (Entered: 07/31/2008) |
| 07/29/2008 | Ï 16 | Notice of Conditional Transfer Order by Papst Licensing GmbH &Co. KG (Attachments: # 1 Exhibit Exhibits A and B)(Ambrogi, John) (Entered: 07/29/2008) |
| 07/31/2008 | Ï 18 | MOTION by Defendant Canon USA, Inc. for extension of time to file answer regarding complaint 1 *AGREED* (Burt, Scott) (Entered: 07/31/2008) |
| 07/31/2008 | Ï 19 | NOTICE of Motion by Scott Wesley Burt for presentment of motion for extension of time to file answer, motion for relief 18 before Honorable Matthew F. Kennelly on 8/6/2008 at 09:30 AM. (Burt, Scott) (Entered: 07/31/2008) |
| 08/05/2008 | Ï 20 | MINUTE entry before the Honorable Matthew F. Kennelly: Canon U.S.A.'s agreed motion for extension of time is granted. Response to complaint is to be filed by 8/7/08. (aac, ) (Entered: 08/06/2008) |
| 08/07/2008 | Ï 21 | ANSWER to Complaint *and*, COUNTERCLAIM filed by Canon, Inc., Canon USA, Inc. against Papst Licensing GmbH &Co. KG. by Canon, Inc., Canon USA, Inc.(Burt, Scott) (Entered: 08/07/2008) |
| 08/07/2008 | Ï 22 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Canon, Inc. re answer to complaint, counterclaim 21 (Burt, Scott) (Entered: 08/07/2008) |
| 08/11/2008 | Ï 23 | CONDITIONAL Transfer Order from the MDL Panel transferring case to the U.S. District Court for the District of Columbia. (tlm) (Entered: 08/11/2008) |
| 08/11/2008 | Ï 24 | |

TRANSFERRED to the District of Columbia the electronic record via electronic transfer. (tlm) (Entered: 08/11/2008)